AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

FREDERICK LOUIS WARD,

     Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

   CASE NUMBER: **3:07-CV-00621-BES-RAM**

STATE OF NEVADA, et al.,

     Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to plaintiff's commencement of a new action in which he submits a new complaint and either pays the $350.00 filing fee or submits a properly completed application to proceed *in forma pauperis*, with both a properly executed financial certificate and a copy of his inmate trust account statement.

  January 8, 2008                  **LANCE S. WILSON**
                                                  Clerk

                                                   /s/ Daniel R. Morgan
                                                    Deputy Clerk